MICHAEL W. BARRETT, CITY ATTORNEY (SBN 155968)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
NAPA CITY ATTORNEY'S OFFICE (dcjones@cityofnapa.org)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone:  (707) 257-9516
Facsimile:   (707) 257-9274

Attorney for Defendant CITY OF NAPA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCKY DOGS LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, AND DAVID SPANGENBER,<br><br>          Plaintiffs,<br>     v.<br><br>CITY OF SANTA ROSA, CITY OF NAPA, WAYNE GORNOWICZ, AND LYNDA MILLSPAUGH,<br><br>          Defendants. | CASE NO. CV 10 3381 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

All parties present the following stipulation and order:

### RECITALS

At a February 18, 2011 Case Management Conference, the Court ordered the filing of a First Amended Complaint and set a further Case Management Conference for May 6, 2011. The First Amended Complaint named the City of Napa as a defendant for the first time. City of Napa received service of the First Amended Complaint on April 4, 2011, and shortly thereafter learned of the May 6, 2011 Case Management Conference. David C. Jones, lead counsel for the City of Napa will be out of town at an attorney conference on May 6, 2011, and therefore unable to attend the Case Management Conference currently scheduled.

### STIPULATION

For the foregoing reasons, all parties through their counsel stipulate that the Case

Management Conference currently set for May 6, 2011 may be continued to May 13, 2011 at 8:30 a.m., or to such other date and time convenient to the Court.

|  |  |
|---|---|
|  | CITY OF NAPA |
| April 13, 2011 | By: ____/S/_____<br>DAVID C. JONES<br>Attorney for Defendant City of Napa |
|  | CITY OF SANTA ROSA |
| April 12, 2011 | By: ____/S/_____<br>JOHN J. FRITSCH<br>Attorney for Defendants City of Santa Rosa, Wayne Gornowicz and Lynda Millspaugh |
|  | LAW OFFICE OF DAVID SPANGENBERG |
| April 12, 2011 | ____/S/_____<br>DAVID C. SPANGENBERG<br>Attorney for Plaintiff Lucky Dogs LLC |
|  | LAW OFFICE OF LARK L. RITSON |
| April 12, 2011 | ____/S/_____<br>LARK L. RITSON<br>Attorney for Plaintiff David Spangenberg |

**ORDER**

Pursuant to the stipulation of all parties, the May 6, 2011 Case Management Conference is vacated. A further Case Management Conference is set for Friday, May 13, 2011 at 8:30 a.m., in courtroom 8, 19th floor, 450 Golden Gate Avenue, San Francisco, California.

SO ORDERED.

Date: __April 15, 2011_____   _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer*

―――――――――――――――――――――――――――――――――――
2
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT