LARK L. RITSON, ESQ. (SBN 117614)
LAW OFFICES OF LARK L. RITSON
311 Bonita Drive
Aptos, CA 95003
Telephone: (831) 688-2911
Facsimile: (831) 662-3407
Lark_Ritson@malpraclaw.com

Attorney for Plaintiff, DAVID SPANGENBERG

DAVID SPANGENBERG, ESQ. (SBN 123864)
LAW OFFICE OF DAVID SPANGENBERG
420 Hudson Street, Suite A
Healdsburg, California 95448
Telephone: (707) 473-4340
Facsimile: (707) 473-0656
David@Spangenberglaw.com

Attorney for Plaintiff, LUCKY DOGS, LLC,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCKY DOGS LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, AND DAVID SPANGENBERG,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA ROSA, WAYNE GORNOWICZ, AND LYNDA MILLSPAUGH<br><br>Defendants. | Case No. CV 10-3381 CRB<br><br>**[PROPOSED] ORDER APPROVING STIPULATION OF ALL PARTIES TO CONTINUE HEARING AND BRIEFING SCHEDULE ON CROSS-MOTIONS AS WELL AS THE FURTHER CASE MANAGEMENT CONFERENCE.**<br><br>**[Local Rule 6-3]**<br><br>Date: August 12, 20011<br>Time: 10:0 a.m.<br>Dept.: Courtroom 6, Seventeenth Floor<br>Judge: Hon. Charles R. Breyer<br><br>Complaint Filed: August 2, 2010 |

Having reviewed the Parties' "Stipulation of All Counsel to Continue Hearing and Briefing Schedule on Cross-Motions" and good cause appearing, the Court HEARBY APPROVES THE STIPULATION AND ORDERS that the hearing on the Parties cross Motions

1 for Summary Judgment and/or Partial Summary Judgment or for Dismissal be continued to
2 September 2, 2011 at 10:00 a.m., or as soon thereafter as the Court may set the hearing. The
3 further Case Management Conference may be continued to the same date.
4     Plaintiffs' re-noticed and corrected Motion for Summary Judgment must be filed on or
5 before July 29, 2011.
6     All Parties Responses/Opposition Points and Authorities must be filed on or before
7 August 12, 2011;
8     All Parties Reply Briefs must be filed on or before August 19, 2011.

10 **IT IS SO ORDERED**.

12 Dated: July  22, 2011



_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING STIPULATION OF ALL PARTIES TO CONTINUE
HEARING AND BRIEFING SCHEDULE ON CROSS-MOTIONS.

2

# CERTIFICATE OF SERVICE

I certify that a copy of the above-attached documents, entitled:

1. **[PROPOSED] ORDER APPROVING STIPULATION OF ALL PARTIES TO CONTINUE HEARING AND BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT.**

Was served by email on all Counsel, and approved after email service, prior to being electronically served on all counsel of record and filed with the Court on July __, 2011 electronically in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's EFC system.

/S/ *Lark L. Ritson*

Lark L. Ritson

[PROPOSED] ORDER APPROVING STIPULATION OF ALL PARTIES TO CONTINUE HEARING AND BRIEFING SCHEDULE ON CROSS-MOTIONS.

3